Good morning, gentlemen. Good morning. Let's see here. We've got three lawyers and I believe only one for the appellants, right? That's correct, John. Okay, very well. All right. And when we get to the appellees, you are each going to have five minutes. Is that my understanding? Is that correct? Ivy. Ivy. I apologize. A different. Okay, very well. Please proceed. All right. Thank you, Your Honor. Your Honor, in this case, I'd like to reserve two minutes for rebuttal, Your Honor. Very well. Keep your eye on the clock. I will. In this case, I think the only applicable question for review is whether it would have been futile for the court to allow the the appellant to amend the complaint and can we make that determination where I mean the district court didn't make a finding of futility or did it it did not on the amended complaint so should we go in and make that determination or should we just send this back to the district court I think I would submit that you should send it back to the district court and I raise that the issue of futility because that was one of the factors that is suggested that the court will be would review but can I take it can I take a step back there was a trial in the state court on the negligence claim scheduled for July it looked like from the court records had been pushed off till later this month or maybe next month is that what's what's the status of that negligence trial so that case is set for September 26th if if you were unsuccessful at trial in the negligence case would that have an impact on this on this case because presumably if you can't meet the negligence standard uh you at least in the way this is set up you wouldn't be able to have a constitutional claim so wouldn't that show futility at that point probably uh I haven't haven't analyzed that thoroughly but you I do but your point is that doesn't really matter because the trial got pushed off so we don't know what's going to happen right we don't know and I mean there are different standards but this is you have additional facts do you have additional facts other than what's in the amended complaint I mean if if we send this back would you file a new amended complaint that included additional facts beyond what was already presented to the district court we would we've learned uh substantially more than than what we knew at the time I think that's one of the one of our uh frustrations I think and at least one of the reasons we would urge we'd be given that opportunity because we weren't allowed to at that point uh to develop the theory weren't allowed to of course do any discovery but I think we at least had said enough uh to to to uh give an inference that we would have been able to develop the theory of deliberate indifference I think we can develop the theory of deliberate indifference in this case and I think we should be allowed at least tell me what the uh actually this is two questions uh what's your best evidence in the amended complaint that you submitted of deliberate indifference and then the second part of the question is uh what's your best evidence that you've learned since the amended complaint to support deliberate indifference well what we didn't know at the time of the amended complaint that the city had uh removed negligently this is certainly we admit that they removed the no pedestrian crossing signs at this location negligently when they removed the no pedestrian crossing signs it allowed Julian to cross the street in the location where he crossed legally and this location was the most direct access to the bus stop but what we didn't know is that the city had a policy is essentially the city did not have no a no pedestrian excuse me did not have a a pedestrian traffic sign inventory uh without that inventory the city would not have been able to to recognize that the signs had been removed that the city had no policy or practice of inspecting their their uh pedestrian safety signs and that's customary in cities but Pomona did not have one uh and we also have learned that the city had done a study of this particular intersection and it recognized that it was the second most dangerous intersection in the city of all of these things were happening uh and the city had not taken any uh action to to address the fact that the bus was stopped that the city had allowed was placed in this very dangerous uh position these were deliberate decisions made by the city and so we know all of this now and to in our way of thinking what so you you you're the only defendant here is city of Pomona right you have not no city of Pomona and the and the and foothill bus company and and what and foothill transit it's the bus company but you don't have any individual um i mean i i suppose foothill bus company that's a different deliberate and different standard you're trying to make they didn't have a control over what the city did but you don't name any individual city officials and my question is can the city is it ever legally possible for the city as an entity to have deliberate a difference because it requires a subjective intent don't you have to be talking about individual i mean the city might be liable but don't you have to be talking about individual actors of the city that would uh and and maybe you're just saying they have responded superior liability for uh the actions of specific city officials no i'm really talking about their custom and their policies the lack of their their the policies for the city which in effect uh you know one can say is is a custom uh and and that's what's at stake here and that these customs uh were integral and these policies were integral in causing this accident to occur that's that's and i believe under the authorities that we've discussed that the entity can be liable for its policies practices and customs you're talking about under monel liability i'm talking about under under liability for deliberate indifference but i mean you're saying that the city would be liable based on the monel case the custom practice well i don't know that i would i would cite it as it's so much as monel uh because monel deals with liability for individual actors uh so it's not uh vicarious liability as such but it is that the policy or practice was the moving force of the individual actor so yeah i guess what i'm saying the same thing as my colleague is you really have to have some individuals involved here do you not have deliberate indifference are you're saying it can be at the high level of the city as just as an entity can be deliberately indifferent well i i think that there is uh there most certainly are individual actors involved and those individual actors uh city employees were guided by the customs and practices of the city and those were the movie that those customs of practice were the moving forces for the conduct that they engaged in so in that respect uh a monel theory would be applicable okay do you want to just save two minutes we're a little under that now do you want to save the balance of your time for rebuttal i do very well all right mr cronenberg i guess you're up first and you've got the golden gate bridge in back of you so you're we're expecting big things from you uh it's let's just say it comes with the zoom package but i appreciate it um good morning your honor your honors my name is will cronenberg and i represent foothill transit in this case in this case as you can tell from from the briefs it stems from a tragic accident as the court has noted in prior cases this morning there are some very sympathetic facts unfortunately it is still a garden variety negligence case the core fact is we have a pedestrian crossing a dark street mid-block and when mr ivy argues that it's a legal crossing it is not mid-block who is hit by a car the district court properly found that this does not implicate the 14th amendment and while it is true that when considering a motion to dismiss the court must accept as true all well pleaded factual allegations it is equally true district court is not required to accept as true allegations that are conclusory unwarranted or unreasonable counsel let me just cut to the chase on this you you have a pretty compelling argument uh there's no question about it i this this does seem like a negligence case it's hard to imagine how plaintiff will be able to plead facts that satisfy deliberate indifference the problem here is that this is the district court didn't really engage in that on on the amended complaint i mean you agree with that right the district court didn't actually look at the amended complaint and make a finding of futility or that it didn't it just said case closed that is correct and so what i mean there's some reluctance perhaps to send this back if we could make that independent determination of futility but why shouldn't we just send this back and tell the district court stop doing this do your job the first time and then we don't then we don't have to go through this whole rigmarole well um i'm not sure that you have to send it back seems to me that the amended the proposed amended complaint is is before this court right now and but then aren't we just incentivizing district courts to punt to us uh and just say look i i don't want to engage i don't want to do my job in the first instance i'll let the court of appeals do it and i don't i'm sorry to speak over your honor i don't know that i recognize the concern but i it it seems to me all the more reason for us to kind of put draw a line in the sand and say look you may not have to give him an amended complaint but you've got to at least grapple with it substantively in some way well i mean we've cited the court to the to the schreiber case which you know as involves a rico claim but it it is you know true that in granting a motion to dismiss the amended complaint may be denied i mean the attempt to amend may be denied by the district court if it determines the allegations of fact consistent with the challenge pleading could not cure the deficiency and at the end of the day what we have here no matter how you artfully try to plead it you have a pedestrian crossing the street it is a garden variety negligence claim even though that's true the the fact is the court didn't say that the court didn't say this is futile you can't you can't reach this and that's what we struggle with is uh at least under our case law and certainly our understanding in effect he's entitled to at least one bite of the apple he didn't get that here well he he did get in the sense of an amendment that's what i mean by the i know he got the initial complaint but he oh if i agree your honor that that um but it is not the law that everyone gets an amended an opportunity to amend the complaint but don't they at least get the opportunity to have their first amended complaint looked at and dealt with substantively i think that's the concern here i i don't think this would have been a heavy lift i think the district court looking at it could have said yeah your sec your amended complaint is no better than your first complaint and it uh it's it's gone but then he didn't do that and so what's your can you cite us to a case where uh there was no substantive analysis of a first amended complaint and the court of appeals engaged in the futility analysis you're asking us to engage in in the first instance i cannot uh i cannot and my my i've got a the rest of my argument but my time is is ticking here um the the i recognize the court's concern but what we're really talking about is something that becomes a pro forma review because the facts are the facts and they can't be changed um so i'm your honor i'm gonna have to uh yield the rest of my time to my um my colleague mr indeed all right you said quiller is that correct yes that that's correct quiller like a like a pen like a quilt very well we'll look forward to your writing in an inscrutable manner good morning your honors uh thank you very much for your time um i think a lot has been a lot has been said um but i did want to address what is your most pressing issue so it is true that the district court judge uh did not um address the futility and i also understand your concern that implicitly from your comments that this is a common occurrence and you um you all want the district court judges to do their job on the other side of that is what effect does that have on the city of pomona and foothill now while you may disagree with the district court judge's posture you are now having these two public entities stay in this federal lawsuit which is supplemental of the state lawsuit and quite frankly the the most important facts in this case were already in the complaint mr brian but there are additional facts both in the amended complaint and what they've learned subsequently i mean i i tend to agree that that probably probably does not satisfy deliberate indifference but why shouldn't the district court grapple with that let me ask you the same question i asked your coke uh your co-defense uh council did do you have any case where the district court has failed to grapple substantively with an amended complaint it's come up on appeal and we have engaged in that futility analysis in the first instance i do not not because one does not exist but that was not an issue that was necessarily uh raised um but on the other side of the point there also is no case holding that there's a 14th amendment right uh in this particular case and in fact when you look at um there's this case 13 camel versus tri-city metro i mean it's explicitly already states that um there is no uh right let me read the quote but with respect we really get back we're kind of going around in circles here you're saying that this is such an obvious case the district court didn't need to say this is an obvious case it's futile he didn't do that or she did that and so what we're really struck with here is either we as a court of appeal has to go through the futility analysis or we send it back to the district court and that's what we're struggling with there's i don't know of any case that says that we as the court of appeal should be undertaking the futility analysis you may be absolutely right that the city and foothill are going to win absolutely at the pleading stage uh but whether you are or not we're struggling with why we're in the midst of having to make a decision about futility when the district court didn't do so and and again i don't know if there's any cases that you should but there are plenty of cases that say that you can't and that's where the senator review comes into play but in those cases that's what i i'd like to see a roadmap for a case that's done what you're asking us to do so when you say that we can what's that case okay so more specifically not that you can uh circumvent the district court's duty i'm not suggesting that oh i understand but on appeal you are looking at the dismissal de novo okay and um those sorry yes um it says that you can look at them de novo that would be for example arizona students association versus arizona board of regents okay so you're just relying on cases that say that we could we can affirm for an alternate basis in the record which is is fair that but that's your best that's your best argument for why we should undertake it i and i just want to be clear because we see these cases come up and sometimes we kick them back for a very technical procedural issue and then the parties go out and settle that's fine if you know but i don't want assuming we go the route we're going i i don't want that message to be that we think that the plaintiffs have a really strong case here this is in my view this is a very technical matter i don't think it would require a huge burden uh from the city to go in and file another motion to dismiss and ask the court with our direction to engage in a substantive analysis so very well you're almost out of time do you have anything else you'd like to add uh no your honor uh just just accept that last thing the additional facts that mr ivy stated today and those effects in the amended complaint just to reiterate do not rise to that level but again there's no case that we found regarding your specific question as to whether or not did all the district court to find and have you guys do the work very well thank you all right mr ivy you have a little time left for rebuttal i think your microphone is off there you go i'm sorry there you go uh i'm sorry we were warned that somebody would forget that i did i apologize uh i i've heard your comments and i i would certainly urge that that would be the direction that the court would would go uh part of the process of pleading and having interaction with with the court is that you learn uh and and you get an opportunity perhaps to to do better and to really make the case i'm not lost on the fact that this is a challenge uh but i think that uh given given opportunity we have a reasonable chance of making that challenge uh one of the things that uh that as to foothill that we've learned has been the the person that was in charge of of uh placing the bus stops the transit planner uh for instance had absolutely no training in uh uh in locating uh bus stops and and despite the uh recommendations of the uh safety manager uh declined uh to to move the bus stop which was only 70 feet away uh to a safe location and uh those things i believe are are are shocking and at least we should be able to uh to to have an opportunity to to make the case and to develop the theory and maybe we won't be successful but i think that uh we we can be and i do think that that's an exercise that happens at the district level and not at the level of the court of appeal so i would submit it and thank you thank you honest for your time and attention thank you any other questions about my colleague thanks to all three counsel in the case just argued that case is submitted
judges: SMITH, NELSON, UNKNOWN